```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
     FORT MYERS DIVISION
```

SONNY GRENSING,

    Plaintiff,

v.                            Case No: 2:18-cv-718-FtM-29NPM

AMERICAN STRATEGIC INSURANCE,

    Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #30) filed on March 26, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of March, 2020.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record